IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02098-BNB

ERIC HOUSTON,

Plaintiff,

v.

WARDEN CHARLES DANI[E]LS, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2010

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO RECONSIDER

This matter is before the Court on the motion to reconsider that Plaintiff, Eric Houston, filed *pro se* with the Court on September 24, 2010. In the motion, Mr. Houston asks the Court to reconsider its order filed on September 22, 2010, which denied the motion for a preliminary injunction and temporary restraining order he filed with the Court on September 10, 2010. Mr. Houston is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary in Florence, Colorado.

The Court must construe the motion to reconsider liberally because Mr. Houston is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. See *Hall*, 935 F.2d at 1110. For the reasons stated below, the motion to reconsider will be denied.

The motion to reconsider is incomprehensible, as was the motion for injunctive

relief that Mr. Houston filed on September 10. Because Mr. Houston's motion to reconsider is incomprehensible, he fails to allege specific facts that convince the Court the motion to reconsider should be granted. Therefore, the motion for reconsideration will be denied. Accordingly, it is

ORDERED that the motion to reconsider that Plaintiff, Eric Houston, filed *pro se* with the Court on September 24, 2010, is denied.

DATED at Denver, Colorado, this  25th  day of  October , 2010.

BY THE COURT:

_____
CHRISTINE A. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK,
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02098-BNB

Eric Houston
Reg. No. 16891-074
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/25/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk